ORIGINAL

FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422 FILED

APR 0 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
ALEXANDER F. FOX.

O R D E R

Alexander F. Fox has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Fox passed the MPRE in 1999 when seeking admission to the practice of law in Florida. He was admitted to the Florida Bar and, since then, has practiced law continuously in Florida, for 20 years "without any ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Alexander F. Fox to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this ⁷ᵗʰ day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices